## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMALIA MENDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-02337-DDC-ADM |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, by the undersigned counsel, that Amalia Mendez hereby dismisses the above-entitled action with prejudice as to Defendant, with each party to bear their own costs and fees.

**Murphy & Kinney, LLC**

 /s/ *Kyle E. Murphy*
Kyle E. Murphy #69739
406 W 34th St., Ste. 816
Kansas City, MO 64111
816-281-5470 (Phone)
816-866-7772 (Fax)
kyle@murphykinney.com

**The Law Office of R. Edward Murphy, P.C.**

 /s/ *R. Edward Murphy*
R. Edward Murphy – #27485
3510 Harbor Pointe Dr.
St. Joseph, Missouri 64506
816-262-3754 (Phone)
edmurphy@remurphylaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 29, 2023, a copy of the foregoing was filed electronically via the Court's electronic filing system which will send a notice of electronic filing to the following counsel of record:

Alan Rupe
Karly Weigel
ATTORNEYS FOR DEFENDANT

                                         /s/ *Kyle E. Murphy*
                                         ATTORNEY FOR PLAINTIFF